EDWARD WUNCH, Appellant, *v.* DAVID SHANKLAND, as President of Typographical Union No. 9, Respondent.

*Wunch* v. *Shankland,* 81 App. Div. 655, affirmed.
(Argued June 13, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Thomas E. Boyd* for appellant.

*Tracy C. Becker* for respondent.

Judgment affirmed, with costs, on authority of *National Protective Association* v. *Cumming* (170 N. Y. 315); no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

———

AUGUST C. TANKE, Appellant, *v.* THE WEST SHORE RAILROAD COMPANY et al., Respondents.

*Tanke* v. *West Shore R. R. Co.,* 84 App. Div. 632, affirmed.
(Argued June 13, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1903, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Tracy C. Becker* and *Frank A. Abbott* for appellant.

*Charles A. Pooley* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.